UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21991-CIV-MARTINEZ-BECERRA

CARLOS JAVIER BRIOSO,

    Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Summary Judgment ("Plaintiff's Motion"), (ECF No. 16), and Defendant's Motion for Summary Judgment ("Defendant's Motion"), (ECF No. 20). Judge Becerra filed an R&R recommending that Plaintiff's Motion be granted, and Defendant's Motion be denied. (ECF No. 26). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that:

1. Judge Becerra's R&R, (ECF No. 26), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion, (ECF No. 16), is **GRANTED**.
3. Defendant's Motion, (ECF No. 20), is **DENIED**.
4. This case is remanded to the Commissioner for further proceedings consistent with Judge Becerra's R&R.
5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.
6. Final Judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 29th day of August, 2023.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record