UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21991-CIV-MARTINEZ-BECERRA

CARLOS JAVIER BRIOSO,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Unopposed Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 ("Motion"), (ECF No. 29). Judge Becerra filed an R&R recommending that the Motion be granted. (ECF No. 33). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Becerra's R&R, (ECF No. 33), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion, (ECF No. 329), is **GRANTED**. Plaintiff shall be awarded **$5,644.28** in reasonable attorney's fees.

**DONE AND ORDERED** in Miami, Florida, this 31 day of January, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record